APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FERGUSON RECEIVABLES, LLC,

V.

THOMPSON'S WATERPROOFING, LLC.,
and TROY L. THOMPSON

Civil Action No: _____

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Ferguson Receivables, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Ferguson Enterprises, Inc.

08/15/2013
Date

[Signature]
Signature

Counsel for: PLAINTIFF

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
(1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
(2)  states that there is no such corporation.

(b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
(1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2)  promptly file a supplemental statement if any required information changes.